IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDITH FORDHAM, on Behalf of Herself and Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>SETERUS, INC.,<br>    Defendant. | CASE NO. 3:18-cv-13808-BRM-LHG |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

 Plaintiff Judith Fordham ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. The parties are working collaboratively to consolidate this matter and the Related Actions in a single forum for the purposes of settlement approval and administration, and will file the necessary papers to seek settlement approval or otherwise resolve this Action by December 17, 2020.

 Based on the foregoing, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Dated: November 3, 2020       Respectfully Submitted,

                 CHIMICLES SCHWARTZ KRINER
                 & DONALDSON-SMITH LLP

                 */s/ Benjamin F. Johns*
                 Benjamin F. Johns
                 One Haverford Centre
                 361 West Lancaster Avenue
                 Haverford, PA 1904
                 Phone: (610) 642-8500
                 Fax: (610) 649-3633

bfj@chimicles.com

Scott C. Harris (NC 35328)
Patrick M. Wallace (NC 48138)
WHITFIELD BRYSON LLP
900 W Morgan Street
Raleigh, NC  27603
Phone: (919) 600-5000
Fax: (919) 600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com

Edward H. Maginnis (NC 39317)
Karl S. Gwaltney (NC 45118)
Asa C. Edwards (NC 46000)
MAGINNIS LAW PLLC
4801 Glenwood Ave, Suite 310
Raleigh, NC  27612
Phone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com
aedwards@maginnislaw.com

*Attorneys for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Benjamin F. Johns*
Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 1904
Phone: (610) 642-8500
Fax: (610) 649-3633
bfj@chimicles.com