UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDITH FORDHAM, on Behalf of Herself and Others Similarly Situated,<br><br>                          Plaintiff,<br><br>v.<br><br>SETERUS, INC. and NATIONSTAR MORTGAGE LLC (as successor in interest to Seterus, Inc.)<br><br>                         Defendants. | Case No. 3:18-cv-13808-BRM-LHG<br><br>Hon. Judge Brian R. Martinotti |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiff Judith Fordham and Defendants Seterus, Inc. and Nationstar Mortgage LLC, as successor in interest to Seterus, Inc. (together, "Seterus" or "Defendants")[1] have resolved their dispute to the satisfaction of the parties, and intend to settle their claims together with those other actions identified in the Notice of Pendency of Related Actions (D.E. 32) under the province of the United States District Court for the Middle District of North Carolina by filing an Amended Complaint in *Kenneth Koepplinger et al. v. Seterus, Inc.*, Case No. 1:17-cv-00995-CCE-LPA that encompasses Plaintiff's and the putative class members claims, and those of the other plaintiffs in the Related Actions.

IT IS HEREBY STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

---

[1] On February 28, 2019, Nationstar Mortgage, LLC, a Delaware limited liability company completed the acquisition of Seterus. Accordingly, Nationstar Mortgage, LLC is successor in interest to Seterus, and Seterus is now part of Nationstar Mortgage, LLC.

Respectfully submitted this is 17th day of December, 2020.

<div style="display: flex;">

<div>

*/s/ Benjamin F. Johns*
Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: (610) 642-8500
bfj@chimicles.com

Scott C. Harris (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
WHITFIELD BRYSON LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
scott@whitfieldbryson.com
pat@whitfieldbryson.com

*Attorneys for Plaintiff Judith Fordham*

</div>

<div>

*/s/ Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Tel.: (212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendants Seterus, Inc. and Nationstar Mortgage, LLC*

</div>

</div>

"SO ORDERED."

Date: 12/18/20        Brian R. Martinotti, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17th, 2020, I caused a true and correct a copy of the foregoing Joint Stipulation of Dismissal, with any and all attachments, to be filed electronically with the Clerk of the Court via the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record in this action.

/s/ Benjamin F. Johns
Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: (610) 642-8500
bfj@chimicles.com